UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRUCE LAVIGNE, | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| v. | : | |
| MICHAEL'S STORES, INC. | : | |
| Defendant. | : | NOVEMBER 18, 2014 |

## NOTICE OF REMOVAL

TO:   THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

1. Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Michaels Stores, Inc. (improperly named as Michael's Stores, Inc.), through the undersigned counsel, hereby notices the removal of this action to the United States District Court for the District of Connecticut. As grounds in support of this Notice of Removal, Defendant states the following:

### I.   TIMELINESS OF REMOVAL

2. On or about October 21, 2014, Plaintiff Bruce Lavigne ("Plaintiff") filed a civil action against Defendant in the Superior Court of Connecticut, Judicial District of New Britain, Docket No. HHB-CV14-5016105-S (the "Complaint"). Copies of the Summons and Complaint are attached hereto as Exhibit A, pursuant to 28 U.S.C. § 1446(a). These are the only process, pleadings, or orders known by Defendant to have been served in this action.

3. Defendant was served with a copy of the Summons and Complaint on October 22, 2014.

4. Accordingly, pursuant to 28 U.S.C. § 1446(b), this Notice of Removal has been timely filed within 30 days after service of process on Defendant.

## II. VENUE

5. The Superior Court of Connecticut, Judicial District of New Britain, is located within the United States District Court for the District of Connecticut. 28 U.S.C. § 86. Therefore, venue is proper in this Court because it is the "district and division embracing the place where such action is pending." 28 U.S.C. § 1441(a).

## III. BASIS FOR REMOVAL: DIVERSITY JURISDICTION

6. This action is properly removable under 28 U.S.C. §1441(a), because the United States District Court has original jurisdiction in this case under 28 U.S.C. §1332(a), which provides that "[t]he district courts shall have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between (1) citizens of different States...."

### A. AMOUNT IN CONTROVERSY

7. Pursuant to 28 U.S.C. § 1332, diversity jurisdiction exists "where the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between . . . citizens of different States."

8. Plaintiff, a former employee of Defendant, alleges that he is entitled to damages stemming from his employment relationship with Defendant. Plaintiff claims that he is entitled to damages in the amount of $200,000. (*See* Paragraph IV of Complaint.); *see also Farr v. Gonzo Corp.*, 212 F. Supp. 2d 199, 201 (S.D.N.Y. 2001) ("In an action for monetary damages brought in or removed to Federal courts, the plaintiff's claim for damages will ordinarily be relied upon to determine the amount in controversy for jurisdictional purposes.").

9. Accordingly, pursuant to 28 U.S.C. §1446(c)(2)(B), although Defendant does not concede or admit that Plaintiff suffered any damages, or that it is liable for any claimed damages,

removal is proper because based upon the preponderance of the evidence, the amount in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs.

### B. DIVERSITY OF CITIZENSHIP

13. According to Plaintiff's Complaint, Plaintiff is a Connecticut resident. (*See* Summons; Complaint at 3.)

14. Defendant is a Delaware corporation with its principal place of business in Texas. Thus, under 28 U.S.C. § 1332, Defendant is not a citizen of Connecticut.

15. Therefore, complete diversity exists between the named parties under 28 U.S.C. § 1332, as Defendant is not a citizen of the same state as Plaintiff.

### IV. CONCLUSION

16. To date, Defendant has not filed a responsive pleading in Plaintiff's state court action, and no other proceedings have transpired in that action. On November 13, 2014, Plaintiff filed a Motion for Default Judgment in the state court action.

17. Pursuant to 28 U.S.C. § 1446, a copy of this Notice of Removal has been served upon all adverse parties and upon the Clerk of the State Court.

18. By removing this matter, Defendant does not waive or intend to waive any defense that may be available to it.

WHEREFORE, Defendant respectfully requests that this Honorable Court take jurisdiction of this action and issue all necessary orders and process to remove said action from the Superior Court of Connecticut, Judicial District of New Britain, to the United States District Court for the District of Connecticut.

DEFENDANT,
MICHAELS STORES, INC.

By */s/ John G. Stretton*
John G. Stretton (CT19902)
john.stretton@ogletreedeakins.com
Kelly M. Cardin (CT29162)
kelly.cardin@ogletreedeakins.com
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
281 Tresser Boulevard, Suite 602
Stamford, CT 06901
Tel.: 203-969-3100
Fax: 203-969-3150
Its Attorneys

## CERTIFICATION

I hereby certify that a copy of the foregoing was served by regular U.S. Mail at the following address:

    Bruce Lavigne
    17 Marion Court
    North Haven, CT 06473

this 18th day of November, 2014.

                                              */s/ John G. Stretton*
                                              John G. Stretton

# EXHIBIT A

19459378.2

# SUMMONS - CIVIL

JD-CV-1 Rev. 2-13
C.G.S. §§ 51-346, 51-347, 51-349, 51-350, 52-45a,
52-48, 52-259, P.B. Secs. 3-1 through 3-21, 8-1

**STATE OF CONNECTICUT**
**SUPERIOR COURT**
*www.jud.ct.gov*

See page 2 for instructions

TO: Any proper officer; BY AUTHORITY OF THE STATE OF CONNECTICUT, you are hereby commanded to make due and legal service of this Summons and attached Complaint.

☐ "X" if amount, legal interest or property in demand, not including interest and costs is less than $2,500.
☐ "X" if amount, legal interest or property in demand, not including interest and costs is $2,500 or more.
☒ "X" if claiming other relief in addition to or in lieu of money or damages.

| Address of court clerk where writ and other papers shall be filed (Number, street, town and zip code) (C.G.S. §§ 51-346, 51-350) | Telephone number of clerk (with area code) | Return Date (Must be a Tuesday) |
|---|---|---|
| 20 Franklin Square, New Britain, CT 06051 | (860) 515-5180 | November 11, 2014 |

| | At (Town in which writ is returnable) (C.G.S. §§ 51-346, 51-349) | Case type code (See list on page 2) |
|---|---|---|
| ☒ Judicial District ☐ Housing Session ☐ G.A. Number: | New Britain | Major: M  Minor: 90 |

**For the Plaintiff(s) please enter the appearance of:**

Name and address of attorney, law firm or plaintiff if self-represented (Number, street, town and zip code)
Bruce Lavigne, 311 Lewis Road, New Britain, CT 06053

Juris number (to be entered by attorney only)

Telephone number (with area code)
(203) 982-9999

Signature of Plaintiff (If self-represented)
*Bruce Lavigne*

Number of Plaintiffs: 1    Number of Defendants: 1    ☐ Form JD-CV-2 attached for additional parties

| Parties | Name (Last, First, Middle Initial) and Address of Each party (Number; Street; P.O. Box; Town; State; Zip; Country, if not USA) | |
|---|---|---|
| First Plaintiff | Name: Bruce Lavigne  Address: 311 Lewis Road, New Britain, CT 06053 | P-01 |
| Additional Plaintiff | Name:  Address: | P-02 |
| First Defendant | Name: Michael's Stores, Inc.  Address: 8000 Bent Branch Drive, Irving, TX 75063 | D-01 |
| Additional Defendant | Name:  Address: | D-02 |
| Additional Defendant | Name:  Address: | D-03 |
| Additional Defendant | Name:  Address: | D-04 |

## Notice to Each Defendant

1. **YOU ARE BEING SUED.** This paper is a Summons in a lawsuit. The complaint attached to these papers states the claims that each plaintiff is making against you in this lawsuit.
2. To be notified of further proceedings, you or your attorney must file a form called an "Appearance" with the clerk of the above-named Court at the above Court address on or before the second day after the above Return Date. The Return Date is not a hearing date. You do not have to come to court on the Return Date unless you receive a separate notice telling you to come to court.
3. If you or your attorney do not file a written "Appearance" form on time, a judgment may be entered against you by default. The "Appearance" form may be obtained at the Court address above or at *www.jud.ct.gov* under "Court Forms."
4. If you believe that you have insurance that may cover the claim that is being made against you in this lawsuit, you should immediately contact your insurance representative. Other action you may have to take is described in the Connecticut Practice Book which may be found in a superior court law library or on-line at *www.jud.ct.gov* under "Court Rules."
5. If you have questions about the Summons and Complaint, you should talk to an attorney quickly. **The Clerk of Court is not allowed to give advice on legal questions.**

| Signed (Sign and "X" proper box) *Rebecca R. Schmitt* | ☐ Commissioner of the Superior Court ☒ Assistant Clerk | Name of Person Signing at Left REBECCA R. SCHMITT ASSISTANT CLERK | Date signed 10/21/2014 |
|---|---|---|---|

If this Summons is signed by a Clerk:
a. The signing has been done so that the Plaintiff(s) will not be denied access to the courts.
b. It is the responsibility of the Plaintiff(s) to see that service is made in the manner provided by law.
c. The Clerk is not permitted to give any legal advice in connection with any lawsuit.
d. The Clerk signing this Summons at the request of the Plaintiff(s) is not responsible in any way for any errors or omissions in the Summons, any allegations contained in the Complaint, or the service of the Summons or Complaint.

| I certify I have read and understand the above: | Signed (Self-Represented Plaintiff) *Bruce Lavigne* | Date 10/21/14 |
|---|---|---|

Name and address of person recognized to prosecute in the amount of $250
Recognizance bond waived (Abrams, J.) 10/20/2014

| Signed (Official taking recognizance; "X" proper box) *Rebecca R. Schmitt* REBECCA R. SCHMITT | ☐ Commissioner of the Superior Court ☒ Assistant Clerk | Date 10/21/2014 | Docket Number CV14 5016105 |
|---|---|---|---|

ASSISTANT CLERK (Page 1 of 2)

170/825 (FW)

SUPERIOR
~~DISTRICT~~ COURT OF NEW BRITAIN

Bruce Lavigne
Plaintiff

vs.

Michael's Stores, Inc.
Defendant

Case No.:

COMPLAINT FOR:
1) FAILURE TO PROVIDE EMPLOYMENT HOURS

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Bruce Lavigne, ("Plaintiff") and complains of Michael's Stores Corporate Office, ("Defendant") and for cause of action, alleges the following:

I
NATURE OF CLAIM

Employer did not provide employment hours

II
SERVICE OF PROCESS

Defendant may be served with copy of petition and citation at their place of residence at 8000 Bent Branch Dr, Irving, TX 75063.

III
VENUE

Venue is proper in New Britain, Connecticut

Defendant failed to provide me workable employment hours as I was hired a part time employee holding the position of Replenishment Team Member at Michael's Craft Store located at 196 Kitts Lane, Newington, CT 06111. Dates of employment were 06/07/2014

through 09/11/2014 and I was forced to provide resignation from the company on 09/11/2014 because I only worked one (1) day (9/11/14) in a 25 day period and exercised no other options but to embarrass and degrade myself to asking friends associated with an internet based social networking website (including those I did not personally meet) for money so I can buy food for me and my dog and put gas in my car.

In my numerous attempts to contact Michael's Crafts Corporate headquarters, I was unsuccessful in my endeavor after composing correspondence and I made phone call attempts at two (2) telephone numbers:

1-972-409-1332:

10/09/14 - 3:01 PM; left message to call back or send email w/resolution - no response
10/02/14 - 4:58 PM; left message to return call
10/02/14 - 4:35 PM; left message to return call
10/01/14 - 1:29 PM; left message to return call
10/01/14 - 12:44 PM; left message to return call
09/29/14 - 4:26 PM; left message to return call

1-972-409-1300:

10/03/14 - 11:12 AM; left message to return call
10/02/14 - 4:58 PM; left message to return call
10/02/14 - 3:37 PM; left message to return call
09/30/14 - 10:16 AM; left message to return call
09/25/14 - 1:22 PM; left message to return call

It is in my firm belief that an employer in Connecticut must provide a work schedule to any and all employees, whether hired part time of full time, a work week schedule of hours.

IV
CONCLUSION

Plaintiff is seeking damages in the amount of $200,000 which is deemed acceptable

because I had to endure weeks of no work scheduled and was forced to lower my standards and integrity to ask people who I knew and didn't know for money they could spare so I could purchase food for me and my dog. This embarrassment has also led to individuals lacking respect for me due to the nature of my intention of asking for monies.

V

PRAYER

Plaintiff respectfully prays that this court grant judgment to Plaintiff against Defendant for all relief requested herein and to all other relief which Plaintiff may show himself justly entitled.

Dated:

10/15/14

RESPECTFULLY SUBMITTED,

*Bruce Lavigne*

Bruce Lavigne
*Pro Se*
311 Lewis Road
New Britain, CT 06053
(203) 982-9999