DISTRICT COURT OF NEW HAVEN

Bruce Lavigne  
Plaintiff

vs.

Michael's Stores, Inc.  
Defendant

Case No.:  
14cv-1717

COMPLAINT FOR:  
1) FAILURE TO PROVIDE EMPLOYMENT HOURS

## FIRST AMENDED COMPLAINT FOR NON-PROVISIONING OF EMPLOYMENT HOURS AND CONSTRUCTIVE DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Bruce Lavigne, ("Plaintiff") and complains of Michael's Stores Corporate Office, ("Defendant") and for cause of action, alleges the following:

I  
NATURE OF CLAIM

Employer did not provide employment hours and is accused of Constructive Discharge

II  
SERVICE OF PROCESS

Defendant may be served with copy of petition and citation at their place of residence at 8000 Bent Branch Dr, Irving, TX 75063.

III  
VENUE

Venue is proper in New Haven, Connecticut

Defendant failed to provide me workable employment hours as I was hired a part time employee holding the position of Replenishment Team Member at Michael's Craft Store located at 196 Kitts Lane, Newington, CT 06111. Dates of employment were 06/07/2014 through 09/11/2014 and I was forced to provide resignation from the company on 09/11/2014 because I only worked one (1) day (9/11/14) in a 25 day period and exercised no other options but to embarrass and degrade myself to asking friends associated with an internet based social networking website (including those I did not personally meet) for money so I can buy food for me and my dog and put gas in my car.

In my numerous attempts to contact Michael's Crafts Corporate headquarters, I was unsuccessful in my endeavor after composing correspondence and I made phone call attempts at two (2) telephone numbers:

1-972-409-1332:

10/09/14 - 3:01 PM; left message to call back or send email w/resolution - no response
10/02/14 - 4:58 PM; left message to return call
10/02/14 - 4:35 PM; left message to return call
10/01/14 - 1:29 PM; left message to return call
10/01/14 - 12:44 PM; left message to return call
09/29/14 - 4:26 PM; left message to return call

1-972-409-1300:

10/03/14 - 11:12 AM; left message to return call
10/02/14 - 4:58 PM; left message to return call
10/02/14 - 3:37 PM; left message to return call
09/30/14 - 10:16 AM; left message to return call
09/25/14 - 1:22 PM; left message to return call

It is in my firm belief that an employer in Connecticut must provide a work schedule to any and all employees, whether hired part time of full time, a work week schedule of hours.

Coincidentally, the Defendant's unlawful and willfully committed act of retaliation was deliberately targeted at coercing the plaintiff's resignation resulting in "Constructive Dismissal" *(Reference: "Berkeley Journal of Employment & Labor law, Volume 23, Issue 2, Article 5; September 2002: Returning to First Principles in Constructive Discharge Doctrine by Cathy Shuck").* Since the resignation was not truly voluntary, it is in effect an illegal or unlawful termination.

## IV
## CONCLUSION

Plaintiff is seeking damages in the amount of $1,000,000 because I had to endure weeks of no work scheduled and was forced to lower my standards and integrity to ask people who I knew and didn't know for money they could spare so I could purchase food for me and my dog. This embarrassment has also led to individuals lacking respect for me due to the nature of my intention of asking for monies. Because defendant is responsible for coercing an employee to terminate employment (due to the act of retaliation by willful and unlawful non-provisioning of workable hours), this conduct clearly violates the intent of statutes (under Title VII of the Civil Rights Act of 1964) and the Constructive Dismissal Doctrine which allows an employee who resigns under intolerable and/or heinous acts committed by Defendant to be construed as an illegal or unlawful termination by Defendant.

# V

## PRAYER

Plaintiff respectfully prays that this court grant judgment to Plaintiff against Defendant for all relief requested herein and to all other relief which Plaintiff may show himself justly entitled.

Dated:

12/3/14

RESPECTFULLY SUBMITTED,

*Bruce Lavigne*
Bruce Lavigne
*Pro Se*
17 Marion Court
North Haven, CT 06473
(203) 982-9999

## CERTIFICATION

I hereby certify that a copy of the foregoing FIRST AMENDED COMPLAINT FOR NON-PROVISIONING OF EMPLOYMENT HOURS AND CONSTRUCTIVE DISMISSAL was mailed postage prepaid to all appearing parties and/or counsel of record on this 3rd Day of December, 2014:

Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

Attn: John G. Stretton

Two Stamford Plaza

281 Tresser Boulevard, Suite 602

Stamford, CT 06901

_____

Bruce Lavigne

17 Marion Court

North Haven, CT 06473

(203) 982-9999

Plaintiff